## Commonwealth *v.* Hearn, Appellant.

Submitted March 17, 1975. *Nino V. Tinari*, for appellant; *Rosalyn K. Robinson, Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Hughes, Appellant.

Submitted March 17, 1975. *Barry H. Denker*, for appellant; *William G. Chadwirk, Jr., Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.